**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 97-7624**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CHRISTOPHER E. REESE,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, District Judge.  (CR-91-468-A, CA-97-1826)

───────────

Submitted:  February 26, 1998        Decided:  March 19, 1998

───────────

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Christopher E. Reese, Appellant Pro Se. Michael Edward Rich, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his Petition for Writ of Error Coram Nobis. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Reese</u>, Nos. CR-91-468-A; CA-97-1826 (E.D. Va. Oct. 15, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>